JOHN HEIDEL, PETITIONER-RESPONDENT, v. WALLACE
& TIERNAN, RESPONDENT-APPELLANT.

Argued March 26, 1956—Decided April 23, 1956.

*Mr. Isidor Kalisch* argued the cause for the appellant.

*Mr. Solomon Golat* argued the cause for the respondent
(*Messrs. Talisman & Golat,* attorneys).

PER CURIAM.  The judgment is affirmed for the reasons
expressed in the opinion of Judge Conlon in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices
HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and
BRENNAN—7.

*For reversal*—None.